**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RICHARD GOETTLE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. _____** |
| **v.** | ) | |
| | ) | |
| **JEFFERSON AT PENN QUARTER, L.P.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Petitioner, Jefferson at Penn Quarter, L.P., ("JPQ") hereby files this Notice of Removal of this action to the United States District Court to the District of Columbia and as grounds therefore, states as follows:

1.      On or about July 6, 2006, Richard Goettle, Inc. ("Goettle") filed an action against JPQ in the Superior Court of the District of Columbia, entitled *Richard Goettle, Inc. v. Jefferson at Penn Quarter, L.P.,* Civil Action No. 0005190-06.  JPQ was served with the summons and complaint on July 24, 2006 by process server.  A copy of the summons and complaint is attached hereto.  No other pleadings have been served upon the Petitioner in this action.  As of the date of filing of this Notice of Removal, the Petitioner's time to file responsive pleadings with respect to the action has not expired.

2.      This action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and which may be removed to this Court by the Petitioner pursuant to 28 U.S.C. § 1441(a).  There exists diversity of citizenship between Goettle and JPQ, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3.      This Notice of Removal is being filed within thirty (30) days after receipt of a copy of

-1-

the summons and complaint by the Petitioner and is timely filed under 28 U.S.C. § 1446(b). By filing this Notice of Removal, JPQ does not waive any defenses available with respect to this action.

### Diversity of Citizenship

4.     Goettle, at the time that this action was commenced, was and still is an Ohio corporation, with its principal place of business located the State of Ohio.

5.     JPQ, at that time that this action was commenced, was and still is a Delaware limited partnership, whose general partner is Apartment Community Realty, L.L.C., a Delaware limited liability company. JPQ's principal place of business is located in the State of Texas.

6.     Accordingly, there exists complete diversity of citizenship between the parties in this action.

### Amount in Controversy

7.     The action filed by Goettle seeks damages against JPQ in the principal amount of $948,271.00, plus interest, attorney fees, and costs.

8.     Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

### Conclusion

9.     For the reasons stated above, JPQ is entitled to have this action removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, such being the district where the action is pending. Copies of this Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia and served on Goettle.

WHEREFORE, Petitioner, Jefferson at Penn Quarter, L.P., prays that this action be removed to this Court.

**DATED:**      August 14, 2006

Respectfully submitted,

Jeffrey G. Gilmore, D.C. Bar No.  388362
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Phone 703-790-8750
Fax 703-448-1801
jeff.gilmore@akerman.com


Joseph M. Sullivan, D.C. Bar No. 442865
THE LAW OFFICES OF JOSEPH M.
SULLIVAN, P.C.
4010 University Drive, Suite 102
Fairfax, Virginia 22030
Phone 703-277-3390
Fax 703-277-3392
jmspc@aol.com

*Counsel for Jefferson at Penn Quarter, L.P.*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August 2006, a true and correct copy of the foregoing Notice of Filing of Notice of Removal was sent via first-class mail, postage prepaid, to:

> Stephen A. Horvath, Esq.
> TRICHILO, BANCROFT, McGAVIN,
> HORVATH & JUDKINS, P.C.
> 3920 University Drive
> Fairfax, Virginia 22030-0022
> Counsel for Richard Goettle, Inc.

Jeffrey G. Gilmore