SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON AT PENN QUARTER, L.P., ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 0005190-06 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Jefferson at Penn Quarter, L.P. ("JPQ") hereby notifies this Court and counsel JPQ has filed a Notice of Removal petitioning for the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached hereto.

1

**DATED:** August 14, 2006

        Respectfully submitted,

_____
Jeffrey G. Gilmore, D.C. Bar No. 388362
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Phone 703-790-8750
Fax 703-448-1801
jeff.gilmore@akerman.com


Joseph M. Sullivan, D.C. Bar No. 442865
THE LAW OFFICES OF JOSEPH M. SULLIVAN, P.C.
4010 University Drive, Suite 102
Fairfax, Virginia 22030
Phone 703-277-3390
Fax 703-277-3392
jmspc@aol.com

*Counsel for Jefferson at Penn Quarter, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of August 2006, a true and correct copy of the foregoing Notice of Filing of Notice of Removal was sent via first-class mail, postage prepaid, to:

>Stephen A. Horvath, Esq.
>TRICHILO, BANCROFT, McGAVIN,
>HORVATH & JUDKINS, P.C.
>3920 University Drive
>Fairfax, Virginia 22030-0022
>Counsel for Richard Goettle, Inc.

_____
Jeffrey G. Gilmore