# ATTACHMENT 1

Jul 26 2006 8:07AM    JPI                          9725568982                    P.2

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

```
RICHARD GOETTLE, INC., 12071 Hamilton Avenue
Cincinnati, OH 45231
```
                                           *Plaintiff*

vs.                                                    Civil Action 0005190-06

```
JEFFERSON AT PENN QUARTER, L.P.,600 East Las
Colinas Blvd., #1800, Irving TX 75039
```
                                          *Defendant*

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                                  *Clerk of the Court*

```
Stephen A. Horvath, #417137
```
Name of Plaintiff's Attorney
```
3920 University Drive
```
Address                                    By _____
```
Fairfax, VA 22030
```
                                                *Deputy Clerk*
```
703-385-1000
```
Telephone                                  Date 07/05/06   7/6/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

**IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.***

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W. for more information concerning where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD GOETTLE, INC.
(An Ohio Corporation)
12071 Hamilton Avenue
Cincinnati, Ohio 45231
    Plaintiff:

v.                                              Civil Action No.

JEFFERSON AT PENN QUARTER, L.P.                 0005190-06
(A Delaware Limited Partnership)
600 East Las Colinas Boulevard
Suite 1800
Irving, Texas 75039
Serve: Corporation Service Co.,
Registered Agent
1090 Vermont Avenue, NW
Washington, DC 20005
    Defendant

RECEIVED
Civil Clerk's Office
JUL 0 6 2006
Superior Court of the
District of Columbia
Washington, D.C.

COMPLAINT FOR BREACH OF CONTRACT,
NEGLIGENCE AND UNJUST ENRICHMENT

Richard Goettle, Inc. ("Goettle"), by counsel, hereby sues Jefferson at Penn Quarter, L.P. ("JPI") and for its causes of action respectfully represents to this Honorable Court as follows:

JURISDICTION

1. This Court has jurisdiction over this matter, pursuant to D.C. Code § 11-921, et.seq., as amended.

2. Goettle is a corporation incorporated under the laws of the State of Ohio having its principal place in the state of Ohio

3. JPI is a limited partnership organized under the laws of the State of Delaware having its principal place of business in the State of Texas and is present and doing business in the District of Columbia.

TROMLA, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 25 • FAIRFAX, VIRGINIA 22030-0025 • (703) 385-1000 • FAX (703) 385-1555

## INTRODUCTORY FACTS

4. Goettle is engaged in the business of providing commercial construction, engineering, earth retention and related services.

5. JPI is the owner of certain real property in the District of Columbia known as 616 E Street, NW, Washington, DC (the "JPI Property").

6. In November, 2000 JPI solicited a bid from Goettle to do the sheeting, shoring and underpinning system for a condominium construction project on the JPI Property (the "Project").

7. In December, 2000 Goettle submitted its bid to JPI for such earth retention work. Over the next several months Goettle and JPI had several post-bid meetings relating to the Project.

8. In January, 2001 JPI advised Goettle that JPI would enter into a contract with Goettle for Goettle to do such earth retention work on the Project.

9. JPI subsequently assigned the general contract work for the Project to J.A. Jones/Tompkins Builders, Inc. (Jones/Tompkins").

10. On October 12, 2001 Goettle entered into a subcontract with Jones/Tompkins to provide such earth retention work on the Project (the "Subcontract").

11. Prior to entering into the Subcontract the Project had been significantly delayed by JPI. The Subcontract expressly reserved Goettle's claim against JPI for any damages sustained as a result of such delays.

12. On September 25, 2003 Jones/Tompkins filed a voluntary petition for relief under Chapter 11 of the Us Bankruptcy Code and has not paid Goettle any of the monies for which judgment is sought herein against JPI.

13. Each and every allegation of the foregoing paragraphs and of the paragraphs of each Count hereof are incorporated in each and every Count hereof to the extent material thereto.

### COUNT I
### (Breach of Contract)

14. Paragraphs 1-13 are incorporated herein as though set out in their entirety.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 22 • FAIRFAX, VIRGINIA 22038-0022 • (703) 385-1000 • FAX (703) 385-1555

2

Case 1:06-cv-01433-EGS   Document 1-3   Filed 08/14/2006   Page 6 of 9

Jul 26 2006 8:07AM   JPI                          9725568982                    p.6

15. Goettle entered into a contract with the defendant to perform certain work at the JPI property. JPI had, among other things, agreed that the job site would be available, agreed that the necessary drawings would be available, and agreed to the timing and sequencing of the work.

16. When Goettle was given its notice to proceed with its work on the Project in October, 2001, the job site was not fully available for Goettle's work.

17. JPI design and subsequent redesign of certain portions of the Project caused delays in the shop drawing review process.

18. JPI was required to demolish several existing buildings on the JPI Property in order to proceed with the Project. JPI altered the sequence in which it planned to demolish such buildings that was set forth in the contract documents for the Project.

19. JPI breached the contract. The breaches include delays and resequencing of the demolition work which significantly impacted Goettle's ability to perform its work in an orderly fashion as per the contract documents for the Project and constituted a breach of the contract between the JPI and Goettle.

20. As a direct and proximate result of said breach Goettle was damaged in the amount of $948,271.00.

WHEREFORE, Goettle demands judgment against JPI in the amount of $948,271.00 together with interest, attorney fees and the costs of this Action.

### COUNT II
### (Negligence)

21. Paragraphs 1-20 are incorporated herein by reference, as though set out in their entirety.

22. JPI owed Goettle a duty of reasonable care to make its site available to properly sequence the construction, to ensure that Goettle could perform its work as planned and thereby not be impacted negatively by JPI's delays or resequencing of the work, and otherwise owed a duty of care

23. JPI through its acts and omissions negligently breached such duty to Goettle.

24. As a direct and proximate result of JPI's negligence Goettle was damaged in the amount of $948,271.00.

Wherefore, Goettle demands judgment against JPI in the amount of $948,271.00 together with interest, attorney fees and the costs of this Action.

TRICHILO, BANCROFT, McGAVIN, HORWATH & JUDKINS, P.C.
P.O. BOX 28 • FAIRFAX, VIRGINIA 22030-0122 • (703) 385-1000 • FAX (703) 385-1555

## COUNT I
### (Unjust Enrichment)

25. Paragraphs 1-24 are incorporated herein by reference, as though set out in their entirety.
26. Goettle fully performed its work under the Subcontract in accordance with the terms and conditions thereof and is owed by JPI $200,000.00 in retainage that was withheld by JPI from payments made to Goettle for its performance of the Subcontract work.
27. The services represented by such retainage benefited the JPI Property and have a reasonable value to JPI of not less than $200,000.00.
28. During its performance of the Subcontract for the Project Goettle was required to perform additional services and to incur additional expenses totaling $948,271.00.
29. Such additional services and expenses provided and incurred by Goettle benefited the JPI Property and have a reasonable value to JPI of not less than $948,271.00.
30. JPI received and accepted the benefit from Goettle providing said labor, work, services, materials and supplies.
31. JPI knew or should have known that Goettle expected payment equal to the reasonable value of such labor, work, services, materials and supplies provided to JPI.
32. Such labor, work, services, materials and supplies were conferred upon the JPI Property at Goettle's expense and under circumstances that would make it unjust for JPI to retain the benefit thereof without paying Goettle for the same.
33. Said labor, work, services, materials and supplies were not conferred gratuitously and JPI has refused to pay for same.
34. JPI has thereby been unjustly enriched in the sum of at least $1,148,271.00.

WHEREFORE, Goettle demands judgment against JPI in the amount of $1,148,271.00 together with interest, attorney fees and the costs of this Action.

### JURY DEMAND

The plaintiff demands a trial by jury on all issues.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 18 • FAIRFAX, VIRGINIA 22038-0018 • (703) 385-1000 • FAX (703) 385-1555

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.

By: _____
Stephen A. Horvath, Esq. DC Bar #417137
3920 University Drive
Fairfax, Virginia 22030-0022
703-385-1000- telephone
703-385-1555-facsimile
*Attorneys for Richard Goettle, Ino.*

Fulbright & Jaworski, LLP
Draft of May 12, 2006

## JPI/GRANITE TRANSACTION OWNERSHIP STRUCTURE



45751273.1 / 10501459