UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. _____ |
| v. ) | |
| ) | |
| JEFFERSON AT PENN QUARTER, L.P., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Jefferson At Penn Quarter, L.P. ("JPQ") in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of JPQ that have issued shares or debt securities to the public.

1

**DATED:**   August 14, 2006

          Respectfully submitted,

          */s/ Jeffrey S. Gilmore*
          Jeffrey G. Gilmore, D.C. Bar No. 388362
          AKERMAN SENTERFITT
          WICKWIRE GAVIN
          8100 Boone Blvd, Suite 700
          Vienna, Virginia 22182
          Phone 703-790-8750
          Fax 703-448-1801
          jeff.gilmore@akerman.com

          Joseph M. Sullivan, D.C. Bar No. 442865
          THE LAW OFFICES OF JOSEPH M. SULLIVAN, P.C.
          4010 University Drive, Suite 102
          Fairfax, Virginia 22030
          Phone 703-277-3390
          Fax 703-277-3392
          jmspc@aol.com

          *Counsel for Jefferson at Penn Quarter, L.P.*