UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1433 EGS |
| v. | ) |
| | ) |
| JEFFERSON AT PENN QUARTER, L.P., | ) |
| | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT JEFFERSON AT PENN QUARTER, L.P. 'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendant Jefferson at Penn Quarter, L.P. ("JPQ"), by its undersigned counsel, moves this Court for reasons more fully explained in the attached Memorandum of Points and Authorities, pursuant to Rules 12(b)(6) and 12(b)(3) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint in its entirety, with prejudice, for failure to state a claim upon which relief may be granted and for improper venue. In the alternative, JPQ moves this Court to grant summary judgment in its favor pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, there being no genuine dispute as to any material fact and JPQ being entitled to judgment as a matter of law. In the alternative, JPQ requests that this Court enter an order transferring this case to the United States District Court for the Eastern District of Virginia. An appropriate Memorandum of Points and Authorities, Statement of Material Facts, and proposed Order are submitted with this motion.

**DATED:** August 21, 2006

        Respectfully submitted,

_____
Jeffrey G. Gilmore, D.C. Bar No. 388362
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Phone 703-790-8750
Fax 703-448-1801
jeff.gilmore@akerman.com


Joseph M. Sullivan, D.C. Bar No. 442865
THE LAW OFFICES OF JOSEPH M. SULLIVAN, P.C.
4010 UNIVERSITY DRIVE, SUITE 102
FAIRFAX, VA 22030
703.277.3390 - TEL.
703.277.3392 - FAX
jmspc@aol.com

*Counsel for Jefferson at Penn Quarter, L.P.*

## UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
## CERTIFICATE OF SERVICE

    I hereby certify that on August \_\_21\_\_, 2006, I electronically filed Defendant Jefferson at Penn Quarter L.P.'s Motion to Dismiss or in the Alternative for Summary Judgment and any attachments, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to:

                  Steven A. Horvath, Esq.
                  TRICHILO, BANCROFT, McGAVIN,
                  HORVATH & JUDKINS, P.C.
                  3920 University Drive
                  Fairfax, Virginia 22030-0022

                  *Counsel for Plaintiff Richard Goettle, Inc.*

                  _____
                  Jeffrey G. Gilmore