UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON AT PENN QUARTER, L.P., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 06-1433 EGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT JEFFERSON AT PENN QUARTER, L.P.'S
STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS
NO GENUINE ISSUE**

Pursuant to Local Rule 7(h), Defendant Jefferson at Penn Quarter, L.P. ("JPQ") submits the following Statement of Material Facts as to Which There is No Genuine Issue in support of its Motion to Dismiss or in the Alternative for Summary Judgment:

1. In 2001, JPQ, as owner, entered into a contract (the "Prime Contract") with J.A. Jones/Tompkins Builders ("Tompkins"), as general contractor, to provide certain construction labor, work, materials and services for the construction of the Jefferson at Penn Quarter Project located in Washington, D.C. (the "Project"). (Compl. ¶ 9.)

2. On or about October 12, 2001, Tompkins entered into a written Subcontract with Goettle (the "Subcontract") to perform earth retention work on the Project. (Compl. ¶ 10; see also JPQ's Motion to Dismiss or in the Alternative for Summary Judgment ("JPQ Motion"), Ex. 1.)

3. In October 2001, Goettle was given a notice to proceed with its work on the Project. (Compl. ¶ 16.)

4. The Subcontract provided that Goettle was to finish all Project work within 16 weeks of receipt of the Notice to Proceed. JPQ Motion, Ex. 1, Schedule A, ¶ 8.)

5. No written contract existed between JPQ and Goettle regarding Goettle's work on the Project. Affidavit of John F. Fahey ("Fahey Aff.") (attached as Exhibit 4 to the JPQ Motion) ¶ 8.

6. Goettle submitted its final Application for Payment in connection with its Project work on or about July 31, 2002. In that Application for Payment, Goettle represented that it had completed 100% of its Project work and demanded payment for the full value of its Subcontract price. (JPQ Motion, Ex. 3; Fahey Aff. ¶ 7.)

7. On or about October 3, 2002, Goettle sent a letter to Tompkins. That letter, signed by Goettle's President, Terry Tucker, represented that Goettle had completed all Project work by July 19, 2002 that Goettle was no longer at the Project site by July 24, 2002. (JPQ Motion, Ex. 6.)

8. On or about January 6, 2004, an attorney representing Goettle, William G. Geisen, sent a letter to JPQ on Goettle's behalf. In that letter, Mr. Geisen represented that Goettle had been seeking payment of $948,270.93, plus an additional $200,000 retainage, since at least April 2002. (JPQ Motion, Ex. 5, Fahey Aff. ¶ 4.)

9. Goettle's work on the Project was fully complete no later than July 24, 2002, and Goettle provided no labor or material to the Project on or after that date. (JPQ Motion, Exs. 3-6).

**DATED:** August 21, 2006

                                            Respectfully submitted,

                                            /s/ Jeffrey G. Gilmore
                                            Jeffrey G. Gilmore, D.C. Bar No. 388362
                                            AKERMAN SENTERFITT
                                            WICKWIRE GAVIN
                                            8100 Boone Blvd, Suite 700
                                            Vienna, Virginia 22182
                                            Phone 703-790-8750
                                            Fax 703-448-1801
                                            jeff.gilmore@akerman.com

                                            Joseph M. Sullivan, D.C. Bar No. 442865
                                            THE LAW OFFICES OF JOSEPH M.
                                            SULLIVAN, P.C.
                                            4010 UNIVERSITY DRIVE, SUITE 102
                                            FAIRFAX, VA 22030
                                            703.277.3390 - TEL.
                                            703.277.3392 - FAX
                                            jmspc@aol.com

                                            *Counsel for Jefferson at Penn Quarter, L.P.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CERTIFICATE OF SERVICE

I hereby certify that on August __21__, 2006, I electronically filed Defendant Jefferson at Penn Quarter L.P.'s Statement of Material Facts Not in Dispute and any attachments, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to:

>Steven A. Horvath, Esq.
>TRICHILO, BANCROFT, McGAVIN,
>HORVATH & JUDKINS, P.C.
>3920 University Drive
>Fairfax, Virginia 22030-0022
>
>*Counsel for Plaintiff Richard Goettle, Inc.*

_____
Jeffrey G. Gilmore