UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 06-1433 EGS |
| v. | ) ) |
| JEFFERSON AT PENN QUARTER, L.P., | ) ) ) ) |
| Defendant. | ) |

### ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court upon the Motion to Dismiss or in the Alternative for Summary Judgment filed by Defendant Jefferson at Penn Quarter, L.P. For the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion is granted; and it is further

ORDERED that Plaintiff's Complaint be dismissed in its entirety, with prejudice.

_____
DISTRICT COURT JUDGE