Richard Goettle, Inc.
12071 Hamilton Ave.
Cincinnati, Ohio 45231
(513) 825-8100 ph
(513) 825-8107 fax


Richard Goettle, Inc.

# Fax

| | | | |
|---|---|---|---|
| **To:** | Wanda Hawkins | **From:** | Bronlyn Tendam |
| | J.A. Jones/Tompkins | | Project Management Coordinator |
| **Fax:** | (202) 347-2221 | **Pages:** | 4 |
| **Phone:** | (202) 347-7800 | **Date:** | 07/31/2002 |
| **Re:** | The Jefferson at Penn Quarter | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:**

Wanda:

Please find our attached payment application for July, 2002. Advise on status of approval at your earliest convenience.

If you should have any questions or require additional information, please let me know.

Regards,

Bronlyn



21066
RECEIVED JUL 3 1 2002
J.A. JONES/TOMPKINS BUILDERS

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702    PAGE ONE OF    PAGES

TO OWNER: J.A. Jones / Tompkins Builders
1333 H Street N.W.
Suite 200
Washington, DC 20005-4799

PROJECT: Jefferson @ Penn Quarter

APPLICATION NO: 01009-07

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM CONTRACTOR:
Richard Goettle, Inc.
P.O. Box 701044
Cincinnati, OH 45270-1044

VIA ARCHITECT:

PERIOD TO: July 31, 2002

PROJECT NOS:

CONTRACT FOR: Earth Retention

CONTRACT NO:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................................ $ 1,969,500
2. Net change by Change Orders ................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............................. $ 1,969,500
4. TOTAL COMPLETED & STORED TO
   DATE  (Column G on G703) ..................................... $ 1,969,500
5. RETAINAGE:
   a.  10 % of Completed Work          $ 196,950
       (Column D + E on G703)
   b.  10 % of Stored Material         $ 0
       (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) ................................... $ 196,950
6. TOTAL EARNED LESS RETAINAGE ................................... $ 1,772,550
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ....................... $ 1,610,575
8. CURRENT PAYMENT DUE ........................................... $ ▓▓▓▓▓▓
9. BALANCE TO FINISH, INCLUDING RETAINAGE ........................ $ 196,950
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0 | $0 |
| Total approved this Month | $0 | $0 |
| TOTALS | $0 | $0 |
| NET CHANGES by Change Order | $0 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Richard Goettle, Inc.

By: Dan Baker, Secretary/Treasurer   Date: July 31, 2002

State of: Ohio   County of: Hamilton
Subscribed and sworn to before me this 31st day of July, 2002.
Notary Public:
My Commission expires: February 25, 2007

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................ $

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By:   Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.



21066
RECEIVED JUL 3 1 2002

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA® · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W. WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET
## AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Page 1 of 2
APPLICATION NO: 01009-07
APPLICATION DATE: 7/31/02
PERIOD TO: 7/31/02
JOB NO:

| A ITEM NO. | B DESCRIPTION OF WORK | | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) 10% |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bond | | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 |
|   |   | Labor    | 19,500 | 19,500 | 0 | 0 | 19,500 | 100% | 0 | 1,950 |
| 2 | Engineering | | | | | | | | | |
|   |   | Labor    | 36,550 | 36,550 | 0 | 0 | 36,550 | 100% | 0 | 3,655 |
|   |   | Material | 5,000  | 5,000  | 0 | 0 | 5,000  | 100% | 0 | 500 |
| 3 | Mobilization | | | | | | | | | |
|   |   | Labor    | 25,000 | 25,000 | 0 | 0 | 25,000 | 100% | 0 | 2,500 |
|   |   | Material | 45,000 | 45,000 | 0 | 0 | 45,000 | 100% | 0 | 4,500 |
| 4 | Site Supervision/Management | | | | | | | | | |
|   |   | Labor    | 195,000 | 191,100 | 3,900 | 0 | 195,000 | 100% | 0 | 19,500 |
|   |   | Material | 15,000  | 14,700  | 300   | 0 | 15,000  | 100% | 0 | 1,500 |
| 5 | Layout & Monitoring | | | | | | | | | |
|   |   | Labor    | 30,000 | 28,500 | 1,500 | 0 | 30,000 | 100% | 0 | 3,000 |
|   |   | Material | 5,000  | 4,750  | 250   | 0 | 5,000  | 100% | 0 | 500 |
| 6 | Furnish & Install Soldier Piles | | | | | | | | | |
|   |   | Labor    | 135,000 | 135,000 | 0 | 0 | 135,000 | 100% | 0 | 13,500 |
|   |   | Material | 260,000 | 260,000 | 0 | 0 | 260,000 | 100% | 0 | 26,000 |
| 7 | Furnish & Drill Augercast Pile Wall | | | | | | | | | |
|   |   | Labor    | 63,000 | 63,000 | 0 | 0 | 63,000 | 100% | 0 | 6,300 |
|   |   | Material | 57,000 | 57,000 | 0 | 0 | 57,000 | 100% | 0 | 5,700 |

AIA DOCUMENT G703 - CONTINUATION SHEET FOR G702 - 1992 EDITION - AIA® ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292

G703-1992

RECEIVED  JUL 3 1 2002
21066

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

Page 2 of 2

APPLICATION NO: 01009-07
APPLICATION DATE: 7/31/02
PERIOD TO: 7/31/02
JOB NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) 10% |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Furnish & Install Wood Lagging | | | | | | | | |
|  | Labor | 191,000 | 171,900 | 19,100 | 0 | 191,000 | 100% | 0 | 19,100 |
|  | Material | 89,000 | 89,000 | 0 | 0 | 89,000 | 100% | 0 | 8,900 |
| 9 | Furnish & Install Tiebacks Walers | | | | | | | | |
|  | Labor | 383,450 | 364,278 | 19,173 | 0 | 383,450 | 100% | 0 | 38,345 |
|  | Material | 340,000 | 323,000 | 17,000 | 0 | 340,000 | 100% | 0 | 34,000 |
| 10 | Furnish & Install Brackets & Underpinning | | | | | | | | |
|  | Labor | 40,000 | 40,000 | 0 | 0 | 40,000 | 100% | 0 | 4,000 |
|  | Material | 10,000 | 10,000 | 0 | 0 | 10,000 | 100% | 0 | 1,000 |
| 11 | Demobilization | | | | | | | | |
|  | Labor | 10,000 | 2,500 | 7,500 | 0 | 10,000 | 100% | 0 | 1,000 |
|  | Material | 15,000 | 3,750 | 11,250 | 0 | 15,000 | 100% | 0 | 1,500 |
|  | GRAND TOTALS | 1,969,500 | 1,889,528 | 79,973 | 0 | 1,969,500 | 100% | 0 | 196,950 |

Users may obtain validation of this document by requesting of the licensee a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G703 · 1992 EDITION · AIA® · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292

G703-1992

REC'D JUL 3 1 2002
21066
J.A. JONES/TOMPKINS BUILDERS