UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 06-1433 EGS |
| v. | ) ) |
| JEFFERSON AT PENN QUARTER, L.P., | ) ) ) |
| Defendant. | ) |

### Affidavit of John F. Fahey

John F. Fahey, having been duly sworn, deposes and states as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this Affidavit.

2. I served as the project manager on behalf of Defendant, Jefferson at Penn Quarter, L.P. ("JPQ") during the construction phase of the Jefferson at Penn Quarter Project located in Washington, D.C. (the "Project").

3. I am personally aware of the work performed by J.A. Jones/Tompkins Company and its subcontractors on the construction of the Project.

4. I am personally aware of the claims asserted by Richard Goettle, Inc. ("Goettle") on the Project and, in particular the demand served on me in a January 6, 2004 letter. A true and accurate copy of the January 6, 2004 letter is attached hereto as Exhibit 5.

5. The Prime Contract marked Exhibit 2 to JPQ's Motion to Dismiss or in the Alternative for Summary Judgment is a true and accurate copy of the same.

6. The Subcontract marked Exhibit 1 to JPQ's Motion to Dismiss or in the Alternative for Summary Judgment is a true and accurate copy of the same.

7. The Payment Application marked Exhibit 3 to JPQ's Motion to Dismiss or in the Alternative is a true and accurate copy of the same.

8. JPQ never entered into a written or oral contract with Goettle.

1

I solemnly swear under penalty of perjury that the foregoing Affidavit is true and correct.

Dated this 21st day of August 2006.

_____
John F. Fahey

STATE OF Virginia
~~CITY~~/COUNTY OF Fairfax

The undersigned hereby certifies that on this 21st day of August 2006, the foregoing John F. Fahey appeared before ~~him~~/her and made oath in due form of law that the matters and facts set forth in this Affidavit are true.

_____
Jennifer C. Bernal
Notary Public

My Commission expires: 10/31/2006
I was commissioned a notary public as Jennifer Motley.

2