UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MANGANARO CORP.,               )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 04-2133 (GK)
                               )
JEFFERSON AT PENN QUARTER,     )
L.P.,                          )
                               )
        Defendant.             )
_____)
```

### O R D E R

Plaintiff, Manganaro Corp., brings this suit alleging breach of contract against Defendant Jefferson at Penn Quarter, L.P. This matter is before the Court on Defendant's Motion to Dismiss or Transfer. Upon consideration of the Motion, Opposition, Reply, Sur-Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [**#2**], is **denied**; and it is further

**ORDERED** that Defendant's Motion to Transfer [**#5**], is **granted**; and it is further

**ORDERED** that this case be transferred to the United States District Court for the Eastern District of Virginia.

August 8, 2005

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys of record via ECF**