# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| RICHARD GOETTLE, INC. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No.  06-cv-1433-EGS |
| | ) | |
| JEFFERSON AT PENN QUARTER, L.P. | ) | |
| | ) | |
| Defendant(s). | ) | |

## **NOTICE REGARDING SUPERIOR COURT FILE**

The original file, certified copy of transfer order, and docket sheet received from the Superior Court for the District of Columbia is in paper form only and is being maintained in the in the Clerk's office.  The Superior Court Case Number is 06ca5190.  These documents  will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON, CLERK

Date:   August 29, 2006