UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RICHARD GOETTLE, INC.

    Plaintiff,

v.                                    Civil Action No.    1:06 cv-01433-EGS

JEFFERSON AT PENN
QUARTER, L.P.
    Defendant.

_____/

# ORDER

UPON CONSIDERATION of the Consent Motion by the plaintiff for an extension of time within which to respond to the defendant, Jefferson at Penn Quarter, L.P.'s Motion to Dismiss/Motion for Summary Judgment, or, in the alternative, Motion to Transfer, it is this _____ day of _____, 2006,

ORDERED, that the plaintiff shall have through September 14, 2006 within which to respond to said Motions.

_____
United States District Court Judge