UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1433 |
| ) | (EGS) |
| JEFFERSON AT PENN QUARTER, L.P. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Joseph M. Sullivan of The Law Offices of Joseph M. Sullivan, P.C. on behalf of Defendant, Jefferson at Penn Quarter, L.P. in the above-captioned action.

Respectfully submitted,

_____
Joseph M. Sullivan, D.C. Bar No. 442865
The Law Offices of Joseph M. Sullivan, P.C.
4010 University Drive, Suite 102
Fairfax, VA 22030
TEL:   703-277-3390
FAX:   703-277-3392
jmspc@aol.com

Jeffrey G. Gilmore, D.C. Bar No. 388362
Akerman Senterfitt
Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
TEL:   703-790-8750
FAX:   703-448-1801
jeff.gilmore@ackerman.com

*Counsel for Jefferson at Penn Quarter, L.P.*

1

UNITED STTAES DISTRICT COURT DISTRICT OF COLUMBIA
CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the court using the CM/ECF system, which will send notification of such filing(s) to:

>Stephen A. Horvath, Esq.
>Trichilo, Bancroft, McGavin,
>Horvath & Judkins, P.C.
>3920 University Drive
>Fairfax, VA 22030-0022

>*Counsel for Plaintiff Richard Goettle, Inc.*

Joseph M. Sullivan

Z:\JOE\JPI\Goettle v. JPQ (2006)\JMSnotice.appearance.001.doc