UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**RICHARD GOETTLE, INC.**                    :

             **Plaintiff**              :

                          :    **Civil Action No.  06-1433**
                                       **(EGS)**

**JEFFERSON AT PENN QUARTER, L.P. :**     **AFFIDAVIT OF GOLDIE JONES**

                                       **IN OPPOSITION TO MOTION**

           **Defendant**              :    **FOR SUMMARY JUDGMENT**

STATE OF VIRGINIA
COUNTY OF *Loudoun*              SS)

    Goldie Jones, being first duly sworn, states:

1.    She has personal knowledge of the matters set forth in this affidavit.

2.    She is an employee of E.J. Construction Engineering ("E.J. Construction").

3.    Richard Goettle, Inc. ("Goettle") retained E. J. Construction in August 2002 to provide services and material on behalf of Goettle with regard to the repair of damage to the Mayer Building owned by the International Order of Odd Fellows ("IOOF") located at 419 7th Street, NW, Washington, DC (the "IOOF Building").

6.    Pursuant to its subcontract with Goettle, E. J. Construction performed services with regard to such damage to the IOOF building on behalf of Goettle. and its insurance carrier, The St. Paul Companies, up to and including July, 2004.  A copy of its last invoice for services rendered for Goettle with regard to the damage to the IOOF Building is attached hereto and made a part hereof as Exhibit A.

Further Affiant sayeth naught.

                                                    Goldie Jones

Sworn to and subscribed before me, a notary public in said county and state, by Goldie Jones on this __13th__ day of September, 2006.

_____
Notary Public
My Comission Expires on 7-31-2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing affidavit was served upon Jeffrey G, Gilmore, Attorney for Defendant, Akerman Senterfitt, Wickwire Gavin, 8100 Boone Blvd., Suite 700, Vienna, Virginia 22182, on this __14th__ day of September, 2006.

_____
Stephen A. Horvath
Attorney for Plaintiff



EJ CONSTRUCTION ENGINEERING
structural engineers & contractors

August 06, 2004

The St. Paul Companies
Attn: Randy LaFever
14120 Newbrook Drive, Suite 160
Chantilly, VA 20151
Randy LaFever

Invoice # 2041354

In Reference To:Odd Fellows

Professional Services

|  | | | Hours |  |
|---|---|---|---|---|
| 6/24/2004 PRI | Confer w/Randy; cause of damages/IOOF; number of occurances - research time line | | 2.00 | |
| 6/28/2004 PRI | IOOF damages - time line review; confer w/Dave Wilson (Chubb); cause of damages | | 2.00 | |
| 7/1/2004 PRI | Travel to IOOF - meet w/Dave nelson; meet w/IOOF, JPI, St. Paul, Chubb | | 6.00 | |
| 7/2/2004 PRI | Preparation of letter to Dave wilson | | 2.00 | |
|  | | | | Amount |
|  | Total time charges | | 12.00 | $2,160.00 |
|  | Additional Charges : | | | |
|  | Parking expense | | | 25.00 |
|  | | | | $25.00 |
|  | Amount this invoice | | | $2,185.00 |

EXHIBIT A