UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RICHARD GOETTLE, INC.          :

         Plaintiff          :

                                 :    Civil Action No. 06-1433
                                          (EGS)

JEFFERSON AT PENN QUARTER, L.P. :    AFFIDAVIT OF GOLDIE JONES

                                          IN OPPOSITION TO MOTION

         Defendant          :    FOR SUMMARY JUDGMENT

STATE OF VIRGINIA
COUNTY OF Loudoun          SS)

      Goldie Jones, being first duly sworn, states:

1.    She has personal knowledge of the matters set forth in this affidavit.

2.    She is an employee of E,J. Construction Engineering ("E.J. Construction").

3.    Richard Goettle, Inc. ("Goettle") retained E. J. Construction in August 2002 to provide services and material on behalf of Goettle with regard to the repair of damage to the Mayer Building owned by the International Order of Odd Fellows ("IOOF") located at 419 7th Street, NW, Washington, DC (the "IOOF Building").

6.    Pursuant to its subcontract with Goettle, E. J. Construction performed services with regard to such damage to the IOOF building on behalf of Goettle. and its insurance carrier, The St. Paul Companies, up to and including July, 2004. A copy of its last invoice for services rendered for Goettle with regard to the damage to the IOOF Building is attached hereto and made a part hereof as Exhibit A.

Further Affiant sayeth naught.

                                                                 /s/ Goldie Jones
                                                                 Goldie Jones

Sworn to and subscribed before me, a notary public in said county and state, by Goldie Jones on this 13th day of September, 2006.

_____
Notary Public
My Commission Expires on 7-31-2009

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing affidavit was served upon Jeffrey G, Gilmore, Attorney for Defendant, Akerman Senterfitt, Wickwire Gavin, 8100 Boone Blvd., Suite 700, Vienna, Virginia 22182, on this 14th day of September, 2006.

_____
Stephen A. Horvath
Attorney for Plaintiff



August 06, 2004

The St. Paul Companies
Attn: Randy LaFever
14120 Newbrook Drive, Suite 160
Chantilly, VA 20151
Randy LaFever

Invoice # 2041354

In Reference To: Odd Fellows

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 6/24/2004 | PRI | Confer w/Randy; cause of damages/IOOF; number of occurances - research time line | 2.00 |
| 6/28/2004 | PRI | IOOF damages - time line review; confer w/Dave Wilson (Chubb); cause of damages | 2.00 |
| 7/1/2004 | PRI | Travel to IOOF - meet w/Dave nelson; meet w/IOOF, JPI, St. Paul, Chubb | 6.00 |
| 7/2/2004 | PRI | Preparation of letter to Dave wilson | 2.00 |

|  |  | Amount |
|---|---|---|
| Total time charges | 12.00 | $2,160.00 |

Additional Charges :

| Parking expense | 25.00 |
|---|---|
|  | $25.00 |

| Amount this invoice | $2,185.00 |
|---|---|

46050 Manekin Plaza · Suite 130   Sterling, VA 20166 ·· Phone 703-430-6528   Fax 703-430-9551
Toll Free 888-430-EJCE (3523)   Email info@ejce.com   www.ejce.com

EXHIBIT A