Fort Lauderdale
Jacksonville
Los Angeles
Madison, WI
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach



**Akerman Senterfitt**
ATTORNEYS AT LAW
**Wickwire Gavin**

International Gateway
Suite 700
8100 Boone Boulevard
Vienna, Virginia 22182-2683

www.akerman.com

703 790 8750 *tel*    703 448 1801 *fax*

September 14, 2006

<u>VIA FACSIMILE AND FIRST-CLASS MAIL</u>

Stephen A. Horvath
Trichlio, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

Re:  <u>Richard Goettle, Inc. v. Jefferson at Penn Quarter, L.P.,</u>
<u>Civil Action No. 06-1433 EGS</u>

Dear Mr. Horvath:

We are in receipt of your August 18, 2006 letter requesting citizenship information for the general and limited partners in Jefferson at Penn Quarter, L.P. ("JPQ") and Apartment Community Realty, L.L.C. ("ACR"). As explained below, all of the general and limited partners of these entities are citizens of Delaware, rendering removal appropriate in this case.

JPQ is a Delaware Limited Partnership comprised of two partners: JPI Lifestyle Apartment Communities, L.P. ("Lifestyle") and ACR. Lifestyle is a Delaware Limited Partnership. Lifestyle's General Partner is JPI Lifestyle GP LLC, a Delaware Limited Liability Company. Lifestyle has two limited partners: JPI Lifestyle Interests, L.P. a Delaware Limited Partnership, and Residential Ventures, L.P., a Delaware Limited Partnership. ACR is comprised of two members: Lifestyle and JPI Lifestyle Management, Inc., a Delaware corporation.

We trust that this information answers any questions you have regarding the federal court's jurisdiction in this matter.

Very truly yours,

AKERMAN SENTERFITT
WICKWIRE GAVIN

*Jeffrey G. Gilmore*
                    by SJK
Jeffrey G. Gilmore

cc: Joseph M. Sullivan, Esq.