UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD GOETTLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON AT PENN QUARTER, L.P., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 06-1433 EGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### EXHIBIT 2 - DEFENDANT'S SUPPLEMENTARY CITIZENSHIP INFORMATION

A detailed review of relevant records reveals that none of the general or limited partners of Jefferson at Penn Quarter, L.P., of any tier, are Ohio citizens. Accordingly, there is complete diversity between Plaintiff and Defendant in this matter.

The following chart lists citizenship information from all tiers for all general and limited partners of Defendant Jefferson at Penn Quarter, L.P.:

Jefferson at Penn Quarter, L. P. a Delaware Limited Partnership

General and Limited Partners of Jefferson at Penn Quarter, L.P.

JPI Lifestyle Apartment Communities, L.P., a Delaware limited partnership, General Partner
Apartment Community Realty, LLC, a Delaware LLC, Limited Partner

General and Limited Partners of JPI Lifestyle Apartment Communities, L.P. a Delaware Limited Partnership

JPI Lifestyle GP LLC, a Delaware limited partnership, General Partner
JPI Lifestyle Interests, L.P., a Delaware limited partnership
Residential Ventures, L.P., a Delaware limited partnership

Members of Apartment Community Realty, LLC, a Delaware LLC

1

JPI Lifestyle Apartment Communities, L.P., a Delaware limited partnership
JPI Lifestyle Management, Inc., a Delaware corporation

<u>Members of JPI Lifestyle GP LLC a Delaware limited partnership</u>
JPI New, Inc., a Delaware corporation, Member of JPI Lifestyle GP LLC
JPI Multifamily Holding LP, a Delaware limited partnership Member of JPI Lifestyle GP LLC

<u>General and Limited Partners of JPI Lifestyle Interests, L.P., a Delaware limited partnership</u>
JPI GP, LLC, a Delaware LLC, General Partner
JPI Multifamily Holding LP, a Delaware limited partnership, Limited Partner

<u>General and Limited Partners of Residential Ventures, L.P., a Delaware limited partnership</u>
MF Funding, Inc., General Partner, a Delaware Corporation.

<u>Member(s) of JPI GP, LLC, a Delaware LLC</u>
JPI Multifamily Holding LP, a Delaware limited partnership, Member

<u>General and Limited Partners of JPI Multifamily Holding LP, a Delaware limited partnership</u>

JPI Partners GP LLC, a Delaware LLC
General Partner of JPI Multifamily Holding LP, a Delaware limited partnership

JPI Multifamily Investments, L.P., Limited Partner of JPI Multifamily Holding LP, a Delaware limited partnership

<u>Members of JPI Partners GP LLC, a Delaware limited liability company, General Partner of JPI Multifamily Holding LP, a Delaware limited partnership</u>
JPI Special Owners, Inc., a Delaware corporation, Member
Frank B. Schubert, Jr., Citizen of the State of Texas, Member
J. Frank Miller, III, Citizen of the State of Texas Member
Robert B. Page, Citizen of the State of Texas, Member

Ronald D. Ingram, Citizen of the State of Texas, Member

<u>General and Limited Partners of JPI Multifamily Investments, L.P., Limited Partner of JPI Multifamily Holding LP, a Delaware limited partnership</u>
New GP LLC, a Delaware limited partnership, General Partner
JPI Executives/Eastern Division LP, a Delaware limited partnership, Limited Partner
JPI Executives/Western Division LP, a Delaware limited partnership, Limited Partner
JPI Principals LP, a Delaware limited partnership, Limited Partner
JPI/H Limited Partnership, a Texas limited partnership, Limited Partner

<u>Member(s) of New GP LLC, a Delaware limited partnership</u>
JPI/H Limited Partnership, a Texas limited partnership, Member

<u>General and Limited Partners of JPI Executives/Eastern Division LP, a Delaware limited partnership</u>
JPI Partners GP LLC, a Delaware LLC, General Partner
Jim Butz, Citizen of the Commonwealth of Virginia, Limited Partner

<u>General and Limited Partners of JPI Executives/Western Division LP, a Delaware limited partnership</u>
JPI Partners GP LLC, a Delaware LLC, General Partner
Steve Dominiak, Citizen of the State of Texas, Limited Partner

<u>General and Limited Partners of JPI Principals LP, a Delaware limited partnership</u>
JPI Principals GP, LLC, a Delaware LLC, General Partner
JPI/R Funding Company, L.P., a Delaware limited partnership, Limited Partner

<u>Members of JPI Principals GP, LLC, a Delaware LLC</u>
JPI/R Funding Company, L.P., a Delaware limited partnership, Member

<u>General and Limited Partners of JPI/R Funding Company, L.P., a Delaware limited partnership</u>
JPI/R Funding GP, LLC, a Delaware LLC, General Partner
JPI Realty Funding, L.P., a Delaware limited partnership, Limited Partner
RREEF Management Company, a Delaware corporation, Limited Partner

<u>Members of JPI/R Funding GP, LLC, a Delaware LLC</u>
JPI Realty Funding, L.P., a Delaware limited partnership, Member

<u>General and Limited Partners of JPI Realty Funding, L.P., a Delaware limited partnership</u>
JPI Partners GP LLC, a Delaware LLC, General Partner
BRAVCO Partners, Ltd., a Texas limited partnership, Limited Partner
F & K Miller Family, L.P., a Texas limited partnership, limited partnership, Limited Partner
Frank B. Shubert Jr., Citizen of the State of Texas, Limited Partner
Robert B. Page, Citizen of the State of Texas, Limited Partner
Schubert Family Trust No. One, Limited Partner

4

**DATED:**     September 25, 2006

                        Respectfully submitted,

                        /s/ Jeffrey G. Gilmore
                        _____

                        Jeffrey G. Gilmore, D.C. Bar No. 388362
                        AKERMAN SENTERFITT
                        WICKWIRE GAVIN
                        8100 Boone Blvd, Suite 700
                        Vienna, Virginia 22182
                        Phone 703-790-8750
                        Fax 703-448-1801
                        jeff.gilmore@akerman.com

                        /s/ Joseph M. Sullivan
                        _____

                        Joseph M. Sullivan, D.C. Bar No. 442865
                        THE LAW OFFICES OF JOSEPH M.
                        SULLIVAN, P.C.
                        4010 UNIVERSITY DRIVE, SUITE 102
                        FAIRFAX, VA 22030
                        703.277.3390 - TEL.
                        703.277.3392 - FAX
                        jmspc@aol.com

                        *Counsel for Jefferson at Penn Quarter, L.P.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed Defendant Jefferson at Penn Quarter L.P.'s Supplementary Citizenship information and any attachments, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to:

> Steven A. Horvath, Esq.
> TRICHILO, BANCROFT, McGAVIN,
> HORVATH & JUDKINS, P.C.
> 3920 University Drive
> Fairfax, Virginia 22030-0022
>
> *Counsel for Plaintiff Richard Goettle, Inc.*

/s/ Jeffrey G. Gilmore
_____
Jeffrey G. Gilmore