UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RICHARD GOETTLE, INC.

        Plaintiff,

v.

                                      Civil Action No.    1:06 cv-01433-EGS

JEFFERSON AT PENN
QUARTER, L.P.
        Defendant.

_____/

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO MOTION MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT

COMES NOW, the plaintiff, Richard Goettle, Inc., by counsel, and, with the consent of the defendant, hereby moves this Honorable Court for an extension of time within which to respond to the defendant, Jefferson at Penn Quarter, L.P.'s Motion to Dismiss/Motion for Summary Judgment, or, in the alternative, Motion to Transfer. In support thereof, Richard Goettle, Inc. states the following:

1.      The defendant's Motion raises a number of legal and factual issues which require briefing, and additional time is necessary to be able to fully respond to the issues.

2.      The undersigned counsel for the plaintiff's schedule does not allow adequate time to be able to address the issues raised in the Motion within the normal time allowed for a response and additional time is necessary to be able to fully and completely respond to the Motions.

3.    Counsel for the defendant has consented to an extension of time through September 14, 2006.

WHEREFORE, this Court should enter an Order extending the time within which to respond to the Motion to Dismiss, Motion for Summary Judgment or Motion to Transfer to September 14, 2006.

Respectfully submitted,

**RICHARD GOETTLE, INC.**

By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Plaintiff Richard Goettle, Inc.*
Shorvath@vadctriallaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Consent Motion** was served by mail, first class, postage prepaid on the 5th day of September, 2005 to:

Jeffrey G. Gilmore, Esquire
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard
Suite 700
Vienna, Virginia 22182
*Counsel for Jefferson at Penn Quarter, L.P.*
jeff.gilmore@akerman.com

Joseph M. Sullivan, Esquire
The Law Offices of Joseph M. Sullivan
4010 University Drive
Suite 102
Fairfax, Virginia 22030
*Counsel for Jefferson at Penn Quarter, L.P.*
jmspc@aol.com

Stephen A. Horvath

3