UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RICHARD GOETTLE, INC.

    Plaintiff,

v.       Civil Action No.   1:06 cv-01433-EGS

JEFFERSON AT PENN
QUARTER, L.P.
    Defendant.

_____/

**CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

COMES NOW, the plaintiff, Richard Goettle, Inc., and with the consent of the defendant, Jefferson at Penn Quarter, L.P., hereby moves this Honorable Court for an Order continuing the Initial Scheduling Conference in this matter, and, in support thereof, states the following:

1.    This matter was removed from the Superior Court of the District of Columbia, at which time the Court set an Initial Scheduling Conference for October 4, 2006 at 10:30 a.m.

2.    Through inadvertence, counsel for Richard Goettle, Inc. had placed the Scheduling Conference date on his calendar for October 6, 2006.

3.    Counsel for Richard Goettle, Inc. is scheduled to have a jury trial in the Circuit Court of Fairfax County on October 4, 2006. This date has been set for a number of months, and there are a number of witnesses scheduled to attend the trial.

4. The defendant has consented to this Motion, and the available dates for the parties for a new Initial Scheduling Conference on the following dates: October 19, 2006; November 2, 9, 10 and 15, 2006.

WHEREFORE, the plaintiff requests that this Court continue the Initial Scheduling Conference.

                    Respectfully submitted,

                    **RICHARD GOETTLE, INC.**

                    By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C

_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Plaintiff Richard Goettle, Inc.*
Shorvath@vadctriallaw.com

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2006 a true copy of the foregoing **Consent Motion** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to:

> Jeffrey G. Gilmore, Esquire
> Akerman Senterfitt Wickwire Gavin
> 8100 Boone Boulevard
> Suite 700
> Vienna, Virginia 22182
> *Counsel for Jefferson at Penn Quarter, L.P.*
> jeff.gilmore@akerman.com
>
> Joseph M. Sullivan, Esquire
> The Law Offices of Joseph M. Sullivan
> 4010 University Drive
> Suite 102
> Fairfax, Virginia 22030
> *Counsel for Jefferson at Penn Quarter, L.P.*
> jmspc@aol.com

_____
Stephen A. Horvath

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555