**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| RICHARD GOETTLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1433 (EGS) |
| v. | ) |
| | ) |
| JEFFERSON AT PENN QUARTER, | ) |
| L.P., | ) |
| | ) |
| Defendant. | ) |

---

**ORDER**

Pending before the Court is Defendant's motion to dismiss, or in the alternative for summary judgment, or in the alternative to transfer the case to the United States District Court for the Eastern District of Virginia.  Upon consideration of the motion, the response and reply thereto, the representations of the parties in open court at the Initial Scheduling Conference, and the entire record, the Court finds no compelling reason why the case should not be transferred.  The Court is further persuaded that the transfer is appropriate because a related case involving the same defendant was also transferred to the Eastern District of Virginia.  *See Manganaro Corp. v. Jefferson at Penn Quarter, L.P.*, 04-2133-GK (D.D.C. August 8, 2006).

Defendant's request to dismiss the case, or in the alternative for summary judgment, is therefore denied as moot. If the District Court for the Eastern District of Virginia

1

ultimately finds that it lacks jurisdiction over this case, the Court notes that it is not opposed to re-transfer of the case back to this Court if such a transfer would be the interests of justice. Accordingly, it is

**ORDERED** that Defendant's motion to dismiss, or in the alternative for summary judgment, or in the alternative to transfer the case is **GRANTED IN PART and DENIED IN PART;** and it is

**FURTHER ORDERED** that this case be transferred to the United States District Court for the Eastern District of Virginia.

**SO ORDERED.**


Signed:     **Emmet G. Sullivan**
            **United States District Judge**
            **November 2, 2006**

2